UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - v. - | ORDER |
| JUSTIN PATTERSON, | 19 Cr. 231 (CM) |
| Defendant | |

Upon the application of the United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, James Ligtenberg and Michael D. Maimin, of counsel:

WHEREAS, on October 30, 2019, this Court granted the motion of JUSTIN PATTERSON, the defendant to suppress certain evidence; and

WHEREAS, on October 30, 2019, this Court scheduled a conference in this matter for December 3, 2019; and

WHEREAS, on November 26, 2019, the Government requested an extension of its time to file a Notice of Appeal of that decision pursuant to Federal Rule of Appellate Procedure 4(b)(4); and

WHEREAS, this Court granted the Government's application, and extended the Government's deadline to file a Notice of Appeal of this Court's decision until and including December 30, 2019; and

WHEREAS, in light of the Court's extension of the time in which the Government may file a Notice of Appeal, at the request of the Government, and without objection from

the defendant, the Court has rescheduled to December 3, 2019 conference to December 30, 2019, at 2:45 a.m./(p.m); and

WHEREAS, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because, among other things, it will allow the Government to determine whether to appeal this Court's decision granting Patterson's motion to suppress;

IT IS HEREBY ORDERED that the time between and including November 26, 2019, and December 30, 2019, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
November 26, 2019

*Cathy Seibel*
_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK