UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

-v.-

JUSTIN PATTERSON,

        Defendant.
-------------------------------------------------------x

ORDER

19-CR-231

Seibel, J.

At the request of the Government, this Order memorializes my October 30, 2019 ruling on Defendant Patterson's motion to suppress all physical evidence seized on January 30, 2019, and all fruits of the stop, arrest and search on that date. For the reasons stated on the record on October 30, 2019, the motion is GRANTED.

SO ORDERED.

Dated: December 27, 2019
       White Plains, New York

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.