

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, 11th Floor*
*White Plains, New York 10606*

June 26, 2024

**By ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted.  Hearing adjourned to 8/26/24 at 9:30 am.

SO ORDERED.

*[signature]* 6/26/24

CATHY SEIBEL, U.S.D.J.

    **Re:**    *United States v. Justin Patterson*,
           **S1 19 Cr. 231 (CS)**

Dear Judge Seibel:

    The Government respectfully writes, with the consent of defense counsel, to request an adjournment of the *Fatico* hearing and sentencing of Justin Patterson currently scheduled for July 1, 2024. The adjournment is necessary due to previously unforeseen circumstances that prevent the Government's witness, Patterson's ex-fiancée, from testifying on July 1, 2024. Defense counsel consents to the requested adjournment. After conferring with the Court and defense counsel, the Government proposes August 26, 2024, as a date for the adjourned *Fatico* hearing and sentencing.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

          By:    /s/
                   Steven Kochevar
                   Jim Ligtenberg
                   Michael D. Maimin
                   Assistant United States Attorneys
                   Tel: (212) 637-2262

cc: Counsel of record (via ECF)